# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 31, 2023

## NO. 03-22-00723-CV

**Benedict C. Ogbodiegwu, Appellant**

**v.**

**Bryan Daniel, in his Official Capacity; Edward Serna, in his Official Capacity; Isabel Camarilla, in her Official Capacity; J. Tucker, in his Official Capacity; C. Gloria, in his Official Capacity; Texas Workforce Commission; Julian Alvarez, in his Official Capacity; Aaron Demerson, in his Official Capacity; and B. Grayson, in his Official Capacity, Appellees**

**APPEAL FROM 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS AFFIRMED -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the judgment signed by the trial court on November 7, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.